```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

| | |
|---|---|
| **LATASHA COWAN,** )<br>)<br>**PLAINTIFF,** )<br>)<br>v. )<br>)<br>**ENERGY BATTERY GROUP, INC.,** )<br>)<br>**DEFENDANT.** )<br>) | **CIVIL ACTION FILE NO.:**<br>**1: 21-CV-03058-TWT** |

## CERTIFICATE OF INTERESTED
## PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, ENERGY BATTERY GROUP, INC. ("EBG"), by and through its undersigned counsel of record, and hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement, pursuant to Federal Rules of Civil Procedure §7.1 and Northern District of Georgia Local Rules §3.3.

(1) The undersigned counsel of record for EBG certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Energy Battery Group, Inc.

    Latasha Cowan

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial

interest in or other interest which could be substantially affected by the outcomes of this particular case:

    Energy Battery Group, Inc.

    Latasha Cowan

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>For the Defendant:</u>

Tacita A. Mikel Scott, Esq.
WONG FLEMING
800 Mount Vernon Highway, NE
Suite 410
Atlanta, Georgia 30328

<u>For the Plaintiff:</u>

Charles R. Bridgers, Esq.
Matthew W. Herrington, Esq.
DELONG, CALDWELL, BRIDGERS,
FITZPATRICK & BENJAMIN, LLC
101 Marietta Street
Suite 2650
Atlanta, Georgia 30303

Respectfully submitted this 30th day of August, 2021,

                                  WONG FLEMING

| | |
|---|---|
| Perimeter Place | By: /s/ Tacita A. Mikel Scott |
| 800 Mount Vernon Highway NE | Tacita A. Mikel Scott |
| Suite 410 | tscott@wongfleming.com |
| Atlanta, GA 30328 | |
| Direct: 404-719-5077 | |
| Mobile: 404-993-7003 | |
| Fax:   404-848-0883 | |

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

| | |
|---|---|
| **LATASHA COWAN,** ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CIVIL ACTION FILE NO.: |
| v.  ) | 1: 21-CV-03058-TWT |
| ) | |
| **ENERGY BATTERY GROUP, INC.,** ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

### CERTIFICATE OF SERVICE

I hereby certify that, on August 30, 2021, I electronically filed a **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Matthew W. Herrington, Esq.
DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN, LLC
101 Marietta Street
Suite 2650
Atlanta, Georgia 30303

Respectfully submitted this 30th day of August, 2021,

WONG FLEMING

By: _____
Tacita A. Mikel Scott
tscott@wongfleming.com

{00021047.DOCX 2}