```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

| | |
|---|---|
| **LATASHA COWAN,** | ) |
|     **PLAINTIFF,** | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO.: |
| | ) 1: 21-CV-03058-SEG |
| **ENERGY BATTERY GROUP, INC.,** | ) |
|     **DEFENDANT.** | ) |

## ORDER

This matter is before the Court on the parties' amended joint motion to approve settlement agreement. (Doc. 15.)  The parties request that the Court review and approve their FLSA Settlement Agreement and dismiss this action with prejudice. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness.")

Having reviewed the parties' motion and the settlement agreement, the Court concludes that the terms of the settlement (1) are fair to the named Plaintiff; (2) reflect a reasonable compromise over the issues that are in dispute in this case; and (3) demonstrate a good-faith intention by the parties that

Plaintiff's claims be fully and finally resolved. The Court further finds that the settlement (1) arrived at a fair disposition of the claims and (2) arrived at a fair and reasonable settlement of the attorneys' fees and costs of litigation. *See generally Lynn's Food Stores*, 679 F.2d at 1353.

Accordingly, the parties' amended joint motion to approve settlement agreement is GRANTED. (Doc. 15.) The parties' settlement agreement is APPROVED and this action is DISMISSED WITH PREJUDICE.

SO ORDERED this 29th day of July, 2022.

/s/ Sarah E. Geraghty
SARAH E. GERAGHTY
JUDGE, UNITED STATES DISTRICT COURT